# CERTIFICATE OF SERVICE OF PROCESS

Case Number: 22-05010

I, Cassidy S. Curran _____ (name), certify that service of this summons and a copy of the complaint was made June 22, 2022 _____ (date) by (check one):

- [x] **Mail service:** Regular, First Class United States mail, postage fully pre-paid, addressed to:
  **Ho Wan Kwok**, 373 Taconic Road, Greenwich, CT 06831

  Copy To:
  **William Baldiga, Esq.,** Brown Rudnick LLP, Seven Times Square, New York, NY 10036

- [ ] **Personal Service:** By leaving the process with defendant or with an officer or agent of defendant at:

- [ ] **Residence Service:** By leaving the process with the following adult at:

- [ ] **Certified Mail Service on an Insured Depository Institution:** By sending the process by certified mail addressed to the following officer of the defendant at:

- [ ] **Publication:** The defendant was served as follows:

- [ ] **State Law:** The defendant was served pursuant to the laws of the State of _____, as follows:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

June 22, 2022
Date

Signature
Print Name: Cassidy S. Curran
Business Address: Randazza Legal Group, PLLC
City/State/Zip: 30 Western Avenue, Gloucester, MA 01930