# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT
# BRIDGEPORT DIVISION

| | |
|---|---|
| In re: | CHAPTER 11 |
| HO WAN KWOK, | Case No. 22-50073(JAM) |
| Debtor. | |
| Logan Cheng f/k/a Shuiyan Cheng, | |
| Plaintiff, | Adv. Proc. No. 22-05010(JAM) |
| v. | |
| HO WAN KWOK a/k/a Wengui Guo, | August 17, 2022 |
| Defendant. | |

## MOTION TO WITHDRAW AS ATTORNEY

Pursuant to D. Conn. L. R. Civ. P. 7(e), made applicable to this proceeding by Local Bankr. R. 9083-4, the undersigned attorney respectfully moves to withdraw his appearance in the above-captioned case on behalf of Ho Wan Kwok. The undersigned attorney is no longer employed by Zeisler & Zeisler, P.C. ("Z&Z"), which firm continues to represent Ho Wan Kwok. All other attorneys at Z&Z who have filed an appearances on behalf of Ho Wan Kwok continue to represent Ho Wan Kwok in this matter continue.

WHEREFORE, the undersigned attorney respectfully moves this Court for permission to withdraw his appearance on behalf of Ho Wan Kwok in the above-captioned case and for such other and further relief as this Court deems just and proper.

Dated this September 13, 2024, at Bridgeport, Connecticut.

                                              Respectfully submitted,

                                              */s/ Aaron A. Romney*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this September 13th, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Aaron A. Romney*